**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRISTOBAL RIVERA, | Case No.: 2:26-cv-00968-APG-MDC |
| Petitioner | **Order** |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents | |

Petitioner Cristobal Rivera filed a notice stating that he was released on bond on April 7, 2026. ECF No. 7.  It is unclear whether this moots his petition.

I THEREFORE ORDER that by May 18, 2026, the petitioner must file a notice indicating whether his petition is withdrawn or can be dismissed as moot.  If the petition is not withdrawn or moot, the petitioner must confer with the respondents and report on (1) what claims and requests for relief remain pending and (2) a briefing schedule.

DATED this 11th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE