**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRISTOBAL RIVERA, | Case No.: 2:26-cv-00968-APG-MDC |
| Petitioner | **Order Dismissing Case** |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents | |

In light of petitioner Cristobal Rivera's notice (ECF No. 9),

I ORDER that the petition (ECF No. 4) is dismissed as moot. The clerk of court is instructed to close this case.

DATED this 13th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE